UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **PAUL K. BROWN, SR.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.,**<br><br>**Defendant.** | **CASE NO. SACV 11-00996-CJC(MLGx)**<br><br>**NOTICE OF INTENT TO SCHEDULE THE CASE** |

**TO ALL COUNSEL OF RECORD**, notice is hereby given that on November 14, 2011, the Court will issue a Scheduling Order pursuant to Federal Rule of Civil Procedure 16(b) establishing dates for the completion of discovery, the filing of motions, pretrial conference, and trial in the above entitled case. **No scheduling conference will be held unless ordered by the Court.**

The parties are **HEREBY ORDERED** to hold an early meeting of counsel not later than 21 days in advance of the above date, and to file a report of such meeting not later than 14 days thereafter in accordance with Federal Rule of Civil Procedure 26(f) and Local Rule 26-1.  In scheduling the case, the Court will rely

upon the pleadings, as well as the Rule 26(f) report.  Counsel shall include in the report their choice of settlement procedure: the ADR Program or private mediation.  The parties may not choose a settlement conference before a Magistrate Judge.  The Court's ADR Program is described in the "ADR" section of the Court's website (http://www.cacd.ucourts.gov), which also contains the list of Attorney Settlement Officers and requisite ADR forms.  Counsel are referred to Federal Rule of Civil Procedure 26(f) and Local Rule 26-1 for other specific requirements of the report.  In addition, counsel are directed to provide the specific reasons for their selection of a particular discovery cutoff date.

**IT IS SO ORDERED**.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve copies of this Order on counsel for the parties in this matter.

DATED: September 1, 2011    _____

CORMAC J. CARNEY
United States District Judge